In the Matter of FRANK D. VAN ARSDALE, JR., an attorney at law.

April 12, 1965. Respondent suspended for one year and until the further order of court. Opinion reported at 44 *N. J.* 318.